# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

JASON SMITH,
[DOB: 05/04/2002]

                   Defendant.

Case No. _____

**COUNT ONE:**
*Possession With Intent to Distribute Marijuana*
21 U.S.C. §§ 841(a)(1) and (b)(1)(D)
NMT 5 Years Imprisonment
NMT $250,000 Fine
NLT 2 Years Supervised Release
Class D Felony

**COUNT TWO**:
*Carrying a Firearm During and in Relation to a Drug Trafficking Crime*
18 U.S.C. § 924(c)(1)(A)(i)
NLT 5 Years Imprisonment (Consecutive)
NMT Life Imprisonment (Consecutive)
NMT $250,000 Fine
NMT 5 Years Supervised Release
Class A Felony

**COUNT THREE:**
*Drug User in Possession of a Firearm / Ammunition*
18 U.S.C. §§ 922(g)(3) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

**COUNT FOUR:**
*Receiving a Firearm While Under Indictment*
18 U.S.C. §§ 922(n) and 924(a)(1)(D)
NMT 5 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class D Felony

$100 Special Assessment Each Count

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 11, 2020, in the Western District of Missouri, the defendant, JASON SMITH, did knowingly and intentionally possess with intent to distribute some quantity of a mixture or substance containing marijuana, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT TWO

On or about June 11, 2020, in the Western District of Missouri, the defendant, JASON SMITH, during and in relation to the drug-trafficking crime alleged in Count One, did knowingly and intentionally carry a firearm, to wit: a Glock, Model 22, .40 caliber handgun; and in furtherance of the drug-trafficking crime alleged in Count One, did knowingly and intentionally possess a firearm, to wit: a 5.56mm caliber rifle with a Daniel Defense® brand grip, contrary to the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about June 11, 2020, in the Western District of Missouri, the defendant, JASON SMITH, then knowingly an unlawful user of a controlled substance, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Glock, Model 22, .40 caliber handgun, a 5.56mm caliber rifle with a Daniel Defense® brand grip, and at least one (1) live round of Federal® brand .40 caliber ammunition, contrary to the provisions of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

2

## <u>COUNT FOUR</u>

On or about June 11, 2020, in the Western District of Missouri, the defendant, JASON SMITH, while knowingly under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly receive a firearm, to wit: a Glock, Model 22, .40 caliber handgun, which had been shipped or transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

A TRUE BILL.

9/29/2020
DATE

*/s/ Sean Saunders*
FOREPERSON OF THE GRAND JURY

*/s/ Jeffrey Q. McCarther*
Jeffrey Q. McCarther
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri

3